**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO SIA,<br><br>          Petitioner,<br><br>     v.<br><br>ICE ENFORCEMENT REMOVAL OPERATION,<br><br>          Respondent. | Case No. 1:13-cv-00742-BAM-HC<br><br>ORDER GRANTING RESPONDENT TWENTY (20) DAYS TO SUPPLEMENT THE MOTION TO DISMISS (DOC. 6)<br><br>ORDER PERMITTING PETITIONER TO FILE OPPOSITION OR NON-OPPOSITION TO THE MOTION TO DISMISS NO LATER THAN FIFTEEN (15) DAYS AFTER THE DATE OF SERVICE OF RESPONDENT'S SUPPLEMENT TO THE MOTION |

     Petitioner is being detained by the United States Immigration and Customs Enforcement (ICE) and is proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is the Respondent's motion to dismiss the petition for lack of subject matter jurisdiction on the ground that the petition, in which Petitioner sought release from custody on the

1

basis of prolonged detention, is now moot because Petitioner has been released from custody.

In support of the motion, Respondent attached what was described as an "Immigration and Customs Enforcement DACS Custody Screen" indicating release on an order of supervision. (Mot., doc. 6, 1.) However, reference to the attachment reveals a single page which contains no indicia linking the action to Petitioner; indeed, the only identifying information is of the "Releasing Officer." Further, there is no declaration or other evidentiary document identifying the "screen" and setting forth a foundation for the document in evidence.

Although the Court could deny the motion as unsupported by any evidence, the Court instead desires to determine its own subject matter jurisdiction without delay.

Accordingly, it is ORDERED that Respondent may FILE no later than fifteen (15) days after the date of service of this order additional support for the motion, including but not limited to additional documentation and an evidentiary foundation for any documentation submitted.

Petitioner may FILE opposition to the motion to dismiss no later than fifteen (15) days after service of Respondent's supplement to the motion.

IT IS SO ORDERED.

Dated:   **June 25, 2013**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2